■ In the Matter of MATTHEW C., a Child Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EILEEN C., Appellant. (Proceeding No. 1.) In the Matter of SARA H., a Child Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EILEEN C., Appellant. (Proceeding No. 2.) In the Matter of HENRY H., a Child Alleged to be Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EILEEN C., Appellant. (Proceeding No. 3.) [751 NYS2d 749] —In three related child neglect proceedings pursuant to Family Court Act article 10, the mother appeals, as limited by her brief, from so much of an order of fact-finding and disposition (one paper) of the Family

Court, Suffolk County (Spinner, J.), dated October 12, 2000, as, after a hearing, found that the subject children were neglected, and directed that an order of protection be entered against her.

Ordered that the appeal from so much of the order of fact-finding and disposition as directed that an order of protection be entered against the appellant is dismissed as academic, without costs or disbursements, as the order of protection has expired (*see Matter of Joey T.,* 185 AD2d 851; *see also Matter of Jaime D.,* 295 AD2d 346); and it is further,

Ordered that the order of fact-finding and disposition is affirmed insofar as reviewed, without costs or disbursements.

The court's determination that the subject children were neglected is supported by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]; Family Ct Act § 1012 [f] [i] [B]; *see also Matter of Douglas E.,* 191 AD2d 694).

The appellant was not deprived of her right to the effective assistance of counsel (*see* Family Ct Act § 262 [a] [i]; *Matter of Alfred C.,* 237 AD2d 517). Altman, J.P., Krausman, Schmidt and Crane, JJ., concur.